IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),

v.

Case No.

Judge

Defendant(s).

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

    in favor of plaintiff(s)
and against defendant(s)
in the amount of $

    which ☐ includes     pre–judgment interest.
            does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

    other:

This action was *(check one)*:

    tried by a jury with Judge                        presiding, and the jury has rendered a verdict.
    tried by Judge                        without a jury and the above decision was reached.
    decided by Judge                  on a motion

Date:                               Thomas G. Bruton, Clerk of Court

                                           , Deputy Clerk